United States District Court
Southern District of Texas
**ENTERED**
March 21, 2016
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TRACY VALDEZ GARZA, § | |
| o/b/o E.G. Jr., § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. B-14-242 |
| § | |
| CAROLYN W. COLVIN, § | |
| Acting Commissioner of Social Security, § | |
| Defendant. § | |

# ORDER

Pending is the Magistrate Judge's February 16, 2016, Report and Recommendation in the above-referenced cause of action. [Doc. No. 29] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, the Commissioner's motion for summary judgment is granted [Doc. No. 27] and Plaintiff's motion for summary judgment is denied [Doc. No. 25].

Signed this 21st day of March, 2016.

Andrew S. Hanen
United States District Judge